**In re Carl GREENO.**

**STATE of Missouri, Respondent,**

v.

**Carl GREENO, Appellant.**

**No. WD 54473.**

Missouri Court of Appeals,
Western District.

Feb. 10, 1998.

James C. Dowling, Fulton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Hugh L. Marshall, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

Carl H. Greeno appeals the circuit court's judgment denying his application for conditional release from the Missouri Department of Mental Health, filed pursuant to § 552.040, RSMo 1994.

Judgment affirmed. Rule 84.16(b).